**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 13 B 08832 |
| | ) | |
| AILEEN G. GILBERT, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF FILING OF OBJECTION OF
AMERICAN HONDA FINANCE CORPORATION TO
CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

VIA ELECTRONIC NOTICE:

To:    Tom Vaughn, Esq. (Trustee)          David M. Siegel, Esq. (Debtor's Counsel)
         55 East Monroe Street, Suite 3850          David M. Seigel & Associates
         Chicago, Illinois 60603          790 Chaddick Drive
                                                             Wheeling, Illinois  60090

VIA U.S. MAIL:

To:    Aileen G. Gilbert (Debtor)
         1866 Pine Court
         Des Plaines, Illinois 60018

Please take notice that on the 29th day of May, 2013 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached *Objection of American Honda Finance Corporation to Confirmation of Debtor's Proposed Chapter 13 Plan,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, at the Dirksen Federal Building, 219 South Dearborn Street, 7th Floor, Chicago, Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Respectfully submitted,
AMERICAN          HONDA          FINANCE
CORPORATION,
Creditor,
By: _____/s/ David J. Frankel_____
One of its attorneys

David J. Frankel (Ill. #6237097)
Sorman & Frankel, Ltd.
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535 / (312)332-3545 (facsimile)

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## CERTIFICATE OF SERVICE

The undersigned, under oath, deposes and says that he served the above and foregoing Notice and Objection upon the above-named persons by electronic filing or, as noted above, by placing same in a sealed envelope addressed as aforesaid, with proper postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 15th day of March, 2013, before the hour of 5:00 p.m.

_____/s/ David J. Frankel_____

SUBSCRIBED AND SWORN TO
before me this 15th day of March, 2013

_____/s/ Samantha Brand_____
        NOTARY PUBLIC

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.